# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DURAND STACY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-1254-D |
| GRADY COUNTY, et al., | ) ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner appearing *pro se,* has filed this action under 42 U.S.C. § 1983 alleging various violations of his constitutional rights. United States District Judge Timothy D. Degiusti has referred the matter to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). On March 1, 2016 the undersigned entered an Order Requiring Service and Special Report (ECF No. 13) advising Plaintiff that service shall not be effected until the necessary service papers (along with service copies for each defendant) have been completed by Plaintiff and furnished within 20 days.

A review of the court file indicates that as of this date, the Plaintiff has neither submitted the necessary service papers nor responded to the Court's order in any way. Additionally, after receiving the Plaintiff's notice of change of address (ECF No. 10), the Court on February 22, 2016, ordered the Plaintiff to supplement his Motion for *in forma pauperis* status no later than March 4, 2016. (ECF No. 11).

As of the date of this order, the deadlines for submitting the required copies to properly effect service and supplemental information regarding his *in forma pauperis* status have expired and the Plaintiff has failed to comply with the Court's Orders.

The undersigned finds that Plaintiff's failure to comply with the Court's Orders, in light of the Court's right and responsibility to manage its cases, warrants dismissal of this action without prejudice. *See Nasious v. Two Unknown B.I.C.E. Agents at Arapahoe County Justice Center*, 492 F.3d 1158, 1161 n.2, 1162 (10th Cir. 2007) (*sua sponte* dismissal for failure to comply with Court's orders permitted under federal rules, and court need not follow any particular procedures in dismissing actions without prejudice for failure to comply).

## RECOMMENDATION

Based on the foregoing findings, it is recommended that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with this Court's orders, specifically failing to submit the necessary paperwork required for service, and failing to provide supplemental information regarding his *in forma pauperis* status. Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of Court by **April 18, 2016**, in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Plaintiff is further advised that any failure to make timely objection to this Report and Recommendation waives the right to appellate review of the factual and legal issues addressed herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

This Report and Recommendation **disposes of all issues** referred to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** on March 29, 2016.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE