# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DURAND STACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-1254-D |
| ) | |
| GRADY COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff, a prisoner appearing pro se, brought this § 1983 action alleging violations of his constitutional rights. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B). On March 29, 2016, the Magistrate Judge filed his Report and Recommendation [Doc. No. 14] in which he recommended that the Court dismiss the action without prejudice due to Plaintiff's failure to submit the necessary paperwork required for service and provide supplemental information regarding his *in forma pauperis* status. *Id*. at 2.

The Magistrate Judge advised Plaintiff of the right to file objections to the recommendation and Plaintiff to do so no later than April 18, 2016. *Id*. The Magistrate Judge further advised Plaintiff that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed in the Report

and Recommendation. *Id*.

The deadline for filing objections has expired and to date, neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 14] is **ADOPTED** as though fully set forth herein.

**IT IS THEREFORE ORDERED** that Plaintiff's action be **DISMISSED WITHOUT PREJUDICE**. A judgment shall be entered forthwith.

**IT IS SO ORDERED** this 27th day of April, 2016.

*[signature]*

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE